IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0849-11






DEL RAY SANDERS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE NINTH COURT OF APPEALS


POLK COUNTY





 Per curiam. Keller, P.J., filed a dissenting opinion in which Womack and
Johnson, JJ., joined. Johnson, J., filed a dissenting opinion in which Keller, P.J.,
joined.


 We have determined that our decision to grant the appellant's petition was
improvident. Therefore, the petition is dismissed.

Delivered: April 4, 2012

Do not publish